[No. 44915-0-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY S. VERDUIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00334-1, Michael F. Moynihan, J., entered June 28, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44927-3-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LUNCEFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00180-6, William L. Downing, J., entered July 12, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44933-8-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. K.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00709-5, Marsha J. Pechman, J., entered May 28, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45023-9-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE ACREY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02828-9, Ann Schindler, J., entered July 14, 1999. *Dismissed* by unpublished per curiam opinion.